**PRISONER CASE**

**FILED**
AUG 11 2008 CM
Aug 11, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** ALANN VEGA

**Defendant(s):** TERRY McCANN, et al.

**County of Residence:** WILL

**County of Residence:**

**Plaintiff's Address:**

Alann Vega
R-04203
Stateville - STV
P.O. Box 112
Joliet, IL 60434

**Defendant's Attorney:**

Illinois Department of Corrections
100 West Randolph, Suite 4-200
Chicago, IL 60601

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

08cv4536
JUDGE COAR
MAGISTRATE JUDGE COX

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison Condition

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes ☑ No

**Signature:** M. Burke   **Date:** 8/11/08