UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
Aug 11, 2008
AUG 11 2008  MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Alann Vega #R04203,
    Plaintiff

vs.

Terry McCann et-al,
    Defendants

08cv4536
JUDGE COAR
MAGISTRATE JUDGE COX

### MOTION TO SUE AS A POOR PERSON AND FOR APPOINTMENT OF COUNSEL

Now come the plaintiff, Alann Vega, pro-se, and moves this Honorable Court to allow him to proceed in forma pauperis pursuant to 28 USC 1915, and appoint him counsel and states:

1. The plaintiff is indigent, he has attached a copy detailing his financial status. He cannot afford to pay fees, charges and cost, and does not have money to secure representation from a licensed attorney.

2. He is 24 years of age and without much formal education and has no legal training or familiarity with the procedural or substantive aspects of law.

3. He is a Mexican National and does not speak, understand or read the English language good.

4. He is totally dependent upon other people to assist him with his legal affairs, his complaint was drafted by another jail-house lawyer inmate, and desires appoinment of counsel.

Wherefore, the plaintiff respectfully request to proceed in this this cause.

Respectfully Submitted,

Alann Vega
Reg No. R04203
Stateville C.C
PO Box 112
Joliet, IL 60434

Date: 7/27/08

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date: 7/26/2008 | | | Stateville Correctional Center | | | | |
| Time: 11:06:40 | | | Trust Fund | | | | |
| CHAMP | | | Inmate Transaction Statement | | | | |
| | | | 1/1/2008 to 7/26/2008 | | | | |

**Inmate: R04203 Vega, Alann**  **Housing Unit: STA-B -10-05**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 198.93 |
| 01/04/08 | Mail Room | 10 Western Union | 004200 | 1580222530 | ALVAREZ, HERMILO | 150.00 | 348.93 |
| 01/04/08 | Mail Room | 01 MO/Checks (Not Held) | 0042164 | 768046 | Delvalle, Aixa | 20.00 | 368.93 |
| 01/07/08 | Disbursements | 80 Postage | 007390 | Chk #138019 | g0104024, DOC: 523 Fund Inmate, Inv. Date: 01/04/2008 | -.41 | 368.52 |
| 01/07/08 | Point of Sale | 60 Commissary | 0077137 | 520062 | Commissary | -16.77 | 351.75 |
| 01/08/08 | Point of Sale | 60 Commissary | 0087135 | 520139 | Commissary | 16.77 | 368.52 |
| 01/09/08 | Payroll | 20 Payroll Adjustment | 009190 | | P/R month of 12/2007 | 5.78 | 374.30 |
| 01/18/08 | Point of Sale | 60 Commissary | 0187137 | 522144 | Commissary | -28.09 | 346.21 |
| 01/18/08 | Point of Sale | 60 Commissary | 0187137 | 522145 | Commissary | -2.06 | 344.15 |
| 01/18/08 | Point of Sale | 60 Commissary | 0187137 | 522152 | Commissary | 30.15 | 374.30 |
| 01/21/08 | Point of Sale | 60 Commissary | 021720 | 522396 | Commissary | -32.00 | 342.30 |
| 01/24/08 | Disbursements | 84 Library | 024390 | Chk #138400 | J0121185, DOC: 523 Fund Librar, Inv. Date: 01/21/2008 | -1.10 | 341.20 |
| 01/30/08 | Point of Sale | 60 Commissary | 0307137 | 523564 | Commissary | -6.08 | 335.12 |
| 01/31/08 | AP Correction | 88 headphone repair | 0315148 | Chk #137377 Voided | C1128016 - Koss | 6.00 | 341.12 |
| 02/08/08 | Payroll | 20 Payroll Adjustment | 039190 | | P/R month of 01/2008 | 10.00 | 351.12 |
| 02/08/08 | Point of Sale | 60 Commissary | 0397137 | 524919 | Commissary | -12.04 | 339.08 |
| 02/08/08 | Point of Sale | 60 Commissary | 0397137 | 524920 | Commissary | .26 | 339.34 |
| 02/15/08 | Point of Sale | 60 Commissary | 046763 | 525994 | Commissary | -11.94 | 327.40 |
| 02/19/08 | Mail Room | 10 Western Union | 050200 | 8732287717 | MUNOZ, LIZETH | 100.00 | 427.40 |
| 02/20/08 | Disbursements | 88 bible cover purchase | 051390 | Chk #138871 | C0220010, Christian Book Distr, Inv. Date: 02/20/2008 | -20.00 | 407.40 |
| 02/22/08 | Point of Sale | 60 Commissary | 0537142 | 527096 | Commissary | -80.22 | 327.18 |
| 02/29/08 | Disbursements | 80 Postage | 060390 | Chk #139061 | g0227102, DOC: 523 Fund Inmate, Inv. Date: 02/27/2008 | -1.48 | 325.70 |
| 03/06/08 | Mail Room | 10 Western Union | 066200 | 9197762839 | SANCHEZ, MARCO | 30.00 | 355.70 |
| 03/07/08 | Point of Sale | 60 Commissary | 0677137 | 528392 | Commissary | -310.72 | 44.98 |
| 03/10/08 | Payroll | 20 Payroll Adjustment | 070190 | | P/R month of 02/2008 | 9.86 | 54.84 |
| 03/20/08 | Disbursements | 80 Postage | 080390 | Chk #139467 | g3019017, DOC: 523 Fund Inmate, Inv. Date: 03/19/2008 | -2.16 | 52.68 |
| 03/21/08 | Point of Sale | 60 Commissary | 081783 | 530503 | Commissary | -22.24 | 30.44 |
| 04/01/08 | Mail Room | 10 Western Union | 092200 | 7470788682 | ALVAREZ, MARIA L | 75.00 | 105.44 |
| 04/03/08 | Disbursements | 80 Postage | 094390 | Chk #139670 | C0401175, DOC: 523 Fund Inmate, Inv. Date: 04/01/2008 | -2.16 | 103.28 |
| 04/07/08 | Point of Sale | 60 Commissary | 0987137 | 531625 | Commissary | -7.50 | 95.78 |
| 04/07/08 | Payroll | 20 Payroll Adjustment | 098190 | | P/R month of 03/2008 | 8.16 | 103.94 |
| 04/09/08 | Mail Room | 01 MO/Checks (Not Held) | 1002175 | 1375194 | Christian Book Distributors | 1.06 | 105.00 |
| 04/10/08 | Disbursements | 80 Postage | 101390 | Chk #139785 | C0408177, DOC: 523 Fund Inmate, Inv. Date: 04/08/2008 | -.41 | 104.59 |
| 04/10/08 | Disbursements | 80 Postage | 101390 | Chk #139785 | C0409044, DOC: 523 Fund Inmate, Inv. Date: 04/09/2008 | -1.23 | 103.36 |
| 04/16/08 | Point of Sale | 60 Commissary | 1077142 | 532970 | Commissary | -81.67 | 21.69 |
| 04/23/08 | Point of Sale | 60 Commissary | 1147142 | 634345 | Commissary | -21.02 | .67 |
| 04/27/08 | Mail Room | 10 Western Union | 118200 | 0669552620 | VAZQUEZ, ISIDRO | 40.00 | 40.67 |
| 05/07/08 | Point of Sale | 60 Commissary | 1287137 | 535667 | Commissary | -30.27 | 10.40 |
| 05/13/08 | Payroll | 20 Payroll Adjustment | 1341148 | | P/R month of 04/2008 | 4.08 | 14.48 |
| 05/14/08 | Point of Sale | 60 Commissary | 1357137 | 537119 | Commissary | -3.41 | 11.07 |
| 05/20/08 | Point of Sale | 60 Commissary | 1417137 | 538605 | Commissary | -9.04 | 2.03 |
| 05/30/08 | Disbursements | 80 Postage | 151337 | Chk #140699 | g0514109, DOC: 523 Fund Reimbu, Inv. Date: 05/14/2008 | -.93 | 1.10 |
| 05/30/08 | Disbursements | 80 Postage | 151337 | Chk #140699 | g0514008, DOC: 523 Fund Reimbu, Inv. Date: 05/14/2008 | -1.01 | .09 |
| 06/10/08 | Payroll | 20 Payroll Adjustment | 1621148 | | P/R month of 05/2008 | 10.00 | 10.09 |
| 06/11/08 | Point of Sale | 60 Commissary | 1637142 | 541064 | Commissary | -9.58 | .51 |
| 06/12/08 | Disbursements | 84 Library | 164337 | Chk #140896 | C0606035, DOC: Library Copies, Inv. Date: 06/06/2008 | -.10 | .41 |
| 06/12/08 | Disbursements | 84 Library | 164337 | Chk #140896 | C0529045, DOC: Library Copies, Inv. Date: 05/29/2008 | -.30 | .11 |

Date: 7/26/2008
Time: 11:06:40
CHAMP

**Stateville Correctional Center**
**Trust Fund**
Inmate Transaction Statement
1/1/2008 to 7/26/2008

**Inmate: R04203 Vega, Alann**           **Housing Unit: STA-B -10-05**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 06/27/08 | Point of Sale | 60 Commissary | 1797135 | 543127 | Commissary | -.03 | .08 |
| 07/02/08 | Mail Room | 10 Western Union | 164200 | 1239230421 | ALVAREZ, MARIA L | 100.00 | 100.08 |
| 07/10/08 | Payroll | 20 Payroll Adjustment | 1921148 | | P/R month of 06/2008 | 8.64 | 108.72 |
| 07/15/08 | Point of Sale | 60 Commissary | 1977137 | 544416 | Commissary | -28.92 | 79.80 |
| 07/16/08 | Disbursements | 80 Postage | 198337 | Chk #141370 | g0716072, DOC: 523 Fund Inmate, Inv. Date: 07/16/2008 | -.42 | 79.38 |
| 07/17/08 | Point of Sale | 60 Commissary | 1997135 | 544913 | Commissary | 2.23 | 81.61 |

|   |   |
|---|---|
| Total Inmate Funds: | 81.61 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 81.61 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |